BALDOCK, Circuit Judge,
concurring as to Parts I, II, and III.D, and in the . judgment:
I concur in Parts I, II, and III.D of the Court’s opinion. But the remainder of Part III of the opinion gives me pause. All members of the panel agree that United States v. Lockley, 632 F.3d 1238 (11th Cir. 2011), answers in the affirmative the question of whether Defendant qualifies as an armed career criminal for federal sentencing purposes. That prior precedent is controlling on this panel with or without United States v. Dowd, 451 F.3d 1244 (11th Cir. 2006). Accordingly, unlike my Eleventh Circuit colleagues, I would resolve the sentencing issue in this ease on the basis of Lockley alone and leave for another day the question of the continuing viability of Dowd.